■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BATOR, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's argument that prosecutorial misconduct on summation deprived him of a fair trial. The statements of which defendant now complains were not so prejudicial as to require reversal, given the strength of the People's case *(see, People v Curley,* 159 AD2d 969, 970, *lv denied* 76 NY2d 733; *People v Banks,* 124 AD2d 1064, *lv denied* 69 NY2d 824, *cert denied* 484 US 834).

The trial court adequately explained the applicable legal principles to the jury (CPL 300.10 [2]). Because this case was relatively uncomplicated and the jury was adequately apprised of defendant's position, the court's marshalling of the

evidence was not necessary to a fair trial *(see, People v Patterson,* 121 AD2d 406, *lv denied* 68 NY2d 759). We decline to modify defendant's sentence in the interest of justice. (Appeal from Judgment of Supreme Court, Erie County, Marshall, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.